*December 2, 1941.*

ESTATE OF GORTON: NOYES, Appellant, vs. JAMIESON, Executrix, Respondent.

For the appellant: *Bogue, Sanderson & Kammholz* of Portage.

For the respondent: *Walker & Latton* of Portage.

*By the Court.*—Judgment affirmed.

DUNHAM, Respondent, vs. WENDORF and others, Appellants.

For the appellants: *Alfred L. Godfrey* of Elkhorn.

For the respondent: *Moran & O'Brien* of Delavan.

*By the Court.*—Order affirmed.

WELLINGTON HALL, INC., Appellant, vs. INNES, Defendant: MASSACHUSETTS BONDING & INSURANCE COMPANY, Respondent.

For the appellant: *Harvey C. Hartwig* and *Chester J. Niebler,* both of Milwaukee.

For the respondent: *Michael Levin* of Milwaukee.

*By the Court.*—Judgment affirmed.